C. Barry Zimmerman, Chapter 13 Trustee
cbarryz13@gmail.com
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]
Chapter 13 Trustee

# United States Bankruptcy Court
## District of Idaho

In re:

Lancaster, Michael
Lancaster, Evelyn

Case No. 09-20891-TLM

Chapter 13

Debtor(s)

## Turnover of Funds to the Clerk

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. 347(a).

NAME AND ADDRESS
OF CREDITOR     CHECK NO. 240614 DATED: 09/10/15 AMOUNT $951.13

US DEPT OF EDUCATION
PO BOX 740283
ATLANTA, GA 30374-0283

TOTAL AMOUNT REMITTED $951.13

Dated: 09/10/2015

C. Barry Zimmerman, Trustee

